# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: MAYBETH K. BOUCHARD § Case No. 09-B-00329
§
§
§
Debtors §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $37,485.74 |
| *and approved disbursements of* | $18,250.00 |
| *leaving a balance of* | $19,235.74 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| NONE | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee ALLAN J. DeMARS | $2,673.57 | $27.36 |
| Attorney for trustee ALLAN J. DeMARS | $3,782.50 | |
| Appraiser | | |
| Auctioneer | | |
| Accountant | | |
| Special Attorney for trustee | | |
| Charges, U.S. Bankruptcy Court | | |
| Fees, United States Trustee | | |
| Other | | |

UST Form 101-7-NFR (4/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor* _____ | _____ | _____ |
| *Attorney for* _____ | _____ | _____ |
| *Accountant for* _____ | _____ | _____ |
| *Appraiser for* _____ | _____ | _____ |
| Other _____ | _____ | _____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

UST Form 101-7-NFR (4/1/2009)

Timely claims of general (unsecured) creditors totaling $64,237.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.9 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | AMM Ltd./Paul C. Gossett DDS | $4,375.94 | $868.70 |
| 2 | Tameling & Associates | $28,800.00 | $5,717.32 |
| 3 | Discover Bank | $3,033.40 | $602.18 |
| 4 | PYOD LLC, as assignee of Citibank | $11,955.75 | $2,373.43 |
| 5 | FIA Card Services/Bank of America | $5,994.60 | $1,190.04 |
| 6 | United States Dept. of Education | $10,077.85 | $2,000.64 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

UST Form 101-7-NFR (4/1/2009)

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30a.m on 07/30/2009 in Courtroom 682, United States Courthouse, 219 S. Dearborn St. Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 06/30/2009    By: /s/ Allan J. DeMars
                          Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Address:*
100 W. Monroe - Suite 910
Chicago, IL 60603

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (4/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: corrinal              Page 1 of 2                   Date Rcvd: Jul 02, 2009
Case: 09-00329                Form ID: pdf006             Total Noticed: 41


The following entities were noticed by first class mail on Jul 04, 2009.
db           +Maybeth K. Bouchard,    1140 Beach Ave.,    La Grange Park, IL 60526-1241
aty          +Robert V Schaller,    Law Office of Robert Schaller,    907 N Elm Street  Suite 100,
               Hinsdale, IL 60521-3644
tr           +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
13515984     +1st Congregational Church,    of Western Springs,    1106 Chestnut Street,
               Western Springs, IL 60558-1415
13024942     +AMM Ltd.,    Paull C. Gossett DDS,    7045 Veterans Blvd., #A-1,    Burr Ridge, IL 60527-5681
13024939     +Adventist Hinsdale Hospital,    c/o Merchants Credit Guide,    223 W. Jackson Blvd,
               Chicago, IL 60606-6908
13024940     +Adventist Hinsdale Hospital,    c/o Malcolm S. Gerald and ASSoc,    332 S. Michigan AVe., #600,
               Chicago, IL 60604-4318
13024938     +Adventist Hinsdale Hospital,    PO BOX 9247,    Oak Brook, IL 60522-9247
13024941     +Amex,    P.O. Box 981537,    El Paso, TX 79998-1537
13024943      Assoc/Citi,    Credit Bureau Disp,    Sioux Falls, SD 57117
13024944     +Bank of America,    PO BOX 15726,    Wilmington, DE 19886-5726
13024945      Bk Of Amer,    4060 Ogletown/Stan,    Newark, DE 19713
13024946     +Cap One,    Pob 30281,    Salt Lake City, UT 84130-0281
13024947     +Chicago Institute of Neurosurgery,    c/o Illinois Collection Service, IN,    PO BOX 1010,
               Tinley Park, IL 60477-9110
13024948     +CitiCards,    PO BOX 688904,    Des Moines, IA 50368-8904
13024950     +Dave & Merideth Onion,    143 S. Ashland Ave.,    La Grange, IL 60525-2355
13515985     +David & Meredith Onion,    143 S Ashland Ave,    La Grange, IL 60525-2355
13024951     +Dean Bouchard,    14802 Enterprise Drive,    Apt 41 A,    Farmers Branch, TX 75234-3000
13024953      Dsnb Macys,    3039 Cornwallis Rd,    Durham, NC 27709
13515986     +Emily Bouchard,    2140 Moffat #2,    Chicago, IL 60647-5522
13024954     +Eva W. Tameling,    Tameling & Associates, P.C.,    1010 Jorie Blvd., Suite 337,
               Oak Brook, IL 60523-3056
13903210      FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK  73124-8809
13024955     +Harris N.A.,    10500 W Cermak Rd,    Westchester, IL 60154-5257
13515987     +Joanne & Peter Krouwer,    401 Buckingham,    Downers Grove, IL 60516-3654
13515988     +Laura Soderberg,    330 N Jefferson #1804,    Chicago, IL 60661-1213
13515989     +Margaret Newkirk,    360 East 55th Street #13D,    New York, NY 10022-4121
13024956     +Mark Shale,    401 Hackensack Ave,    Hackensack, NJ 07601-6411
13024957     +Neuro & Orthos Institute,    4501 N. Winchester Ave.,    Chicago, IL 60640-5265
13024958     +Nicor Gas,    1844 Ferry Road,    Naperville, IL 60563-9600
13785458      PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
13515990     +Rev Leslie Ritter-Jenkins,    700 N Brainard Ave,    La Grange Park, IL 60526-1404
13024959     +Rnb-Field3,    3701 Wayzata Blvd,    Minneapolis, MN 55416-3401
13024960     +State Colls,    Po Box 6250,    Madison, WI 53716-0250
13024961     +Target N.B.,    Po Box 673,    Minneapolis, MN 55440-0673
13024962     +Target National Bank,    c/o Blatt, Hasenmiller, Leibsker &,    125 S. Wacker Drive, #400,
               Chicago, IL 60606-4440
13024963     +Transworld Systems, Inc.,    c/o Transworld Systems, Inc.,    5880 Commerce Blvd.,
               Rohnert Park, CA 94928-1644
13961345      US DEPT OF EDUCATION,    DIRECT LOAN SVCG,    PO BOX 5609,    GREENVILLE, TX 75403-5609
13024964     +Us Dep Ed,    501 Bleeker Street,    Utica, NY 13501-2401

The following entities were noticed by electronic transmission on Jul 03, 2009.
13024949     +E-mail/Text: brandy.glashin@comed.com                             ComED,    Bankruptcy Department,
               555 Waters Edge,    Lombard, IL 60148-7044
13024952      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 03 2009 02:43:38      Discover Fin,    Pob 15316,
               Wilmington, DE 19850
13670722      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 03 2009 02:43:38
               Discover Bank/DFS Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,    Chicago, IL 60603-1957
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: corrinal            Page 2 of 2           Date Rcvd: Jul 02, 2009
Case: 09-00329                Form ID: pdf006           Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 04, 2009**                    **Signature:**    *Joseph Speetjens*