**UNITED STATES BANKRUPTCY COURT**
NORTHERN   DISTRICT OF  ILLINOIS

In re:   MAYBETH K. BOUCHARD               §     Case No.   09-00329
                                           §
                                           §
                                           §
         Debtor(s)                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   ALLAN J. DeMARS                         , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $5,450.00 | Assets Exempt: | $24,950.00 |
| Total Distributions to Claimants: | $12,755.11 | Claims Discharged Without Payment: | $180,292.43 |
| Total Expenses of Administration: | $6,483.43 | | |

   3) Total gross receipts of  $37,488.54  (see **Exhibit 1)** , minus funds paid to the debtor and third parties of  $18,250.00  (see **Exhibit 2** ), yielded net receipts of  $19,238.54  from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (4/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $6,483.43 | $6,483.43 | $6,483.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $206,456.85 | $64,237.54 | $64,237.54 | $12,755.11 |
| **TOTAL DISBURSEMENTS** | $206,456.85 | $70,720.97 | $70,720.97 | $19,238.54 |

4) This case was originally filed under chapter  7  on 01/07/2009 [ *if applicable,* and it was converted to chapter 7 on _____ ]. The case was pending for  8  months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/24/2009          By: /s/ ALLAN J. DeMARS
                                                Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (4/1/2009)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| proceeds from sale of marital residence from Divorce escrow | 1110-000 | $34,171.41 |
| right title and interest in personal property | 1129-000 | $3,310.00 |
| interest on invested funds | 1270-000 | $7.13 |
| **TOTAL GROSS RECEIPTS** | | $37,488.54 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Maybeth K. Bouchard | homestead and wild card exemption | 8100-002 | $18,250.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $18,250.00 |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL SECURED CLAIMS** | | | | | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allan J. DeMars | 2100-000 | N/A | $2,673.57 | $2,673.57 | $2,673.57 |
| Allan J. DeMars | 2200-000 | N/A | $27.36 | $27.36 | $27.36 |
| Allan J. DeMars | 3110-000 | N/A | $3,782.50 | $3,782.50 | $3,782.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,483.43 | $6,483.43 | $6,483.43 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | | | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | | | $0.00 |

UST Form 101-7-TDR (4/1/2009)

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMM Ltd., Paul C. Gossett DDS | 7100-000 | $4,375.94 | $4,375.94 | $4,375.94 | $868.89 |
| Discover Bank | 7100-900 | $2,900.00 | $3,033.40 | $3,033.40 | $602.32 |
| Eva W. Tameling/ Tameling & Associates | 7100-000 | $47,994.91 | $28,800.00 | $28,800.00 | $5,718.57 |
| PYOD LLC assignee of Citibank | 7100-900 | $11,382.00 | $11,955.75 | $11,955.75 | $2,373.95 |
| Bank of America (by FIA Card Services) | 7100-900 | $5,994.00 | $5,994.60 | $5,994.60 | $1,190.30 |
| US Dept of Education | 7100-000 | $5,000.00 | $10,077.85 | $10,077.85 | $2,001.08 |
| 22 additional unsecured scheduled claims | | $128,810.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $206,456.85 | $64,237.54 | $64,237.54 | $12,755.11 |

UST Form 101-7-TDR (4/1/2009)

**EXHIBIT "A"   FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No. 09-00329                                      Trustee Name: Allan J. DeMars

Case Name: MAYBETH K. BOUCHARD                         Date Filed (f) or Converted (c): 1/7/09 (F)

For Period Ending: 12/31/09                            §341(a) Meeting Date: 2/11/09

                                                       Claims Bar Date: June 1, 2009

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) Ref # | | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | sale proceeds from residence | 31,071.41 | 15,921.41 | | 34,171.41 | FA |
| 2 | cash | 50.00 | 50.00 | | 50.00 | FA |
| 3 | account at WA MU | 750.00 | 0.00 | DA | | FA |
| 4 | household goods | 4,750.00 | 2,100.00 | | 2,100.00 | FA |
| 5 | books/pictures | 50.00 | 25.00 | | 25.00 | FA |
| 6 | wearing apparel | 3,550.00 | 0.00 | DA | | FA |
| 7 | misc. furs and jewelry | 2,066.00 | 1,035.00 | | 1,035.00 | FA |
| 8 | term life insurance | 0.00 | 0.00 | DA | | FA |
| 9 | 1999 Jeep Laredo | 5,450.00 | 0.00 | DA | | FA |
| 10 | B & K Design Group | 100.00 | 100.00 | | 100.00 | FA |
| 11 | interest on invested funds | | | | 7.13 | |

NOTE: FOR ITEMS 2,4,5, AND 7 THE DEBTOR PURCHASED THE ESTATE'S RIGHT, TITLE AND INTEREST

TOTALS (Excluding unknown values)           19,231.41                    37,488.54

                                                          (Total Dollar Amount in Column 6)


Initial Projected Date of Final Report (TFR): JUNE, 2009      Current Projected Date of Final Report (TFR): 6/12/09

EXHIBIT "A" - FORM 2

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 09-00329  
Case Name: MAYBETH K. BOUCHARD  
Taxpayer ID#: 26-6764388  
For Period Ending: 12/31/09

Trustee's Name: Allan J. DeMars  
Bank Name: Bank of America  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Money Market #: 375 555 2253

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 2/17/09 | Ref 1 | divorce escrow at Chase | debtor's proceeds of homestead real estate; $18,250.00 claimed as exempt | 1110-000 | 34,171.41 | | 34,171.41 |
| 2/26/09 | Check 1001 | MAYBETH K. BOUCHARD | homestead and personal property exemption | 8100-002 | | 18,250.00 | 15,921.41 |
| 2/28/09 | Ref 11 | Bank of America | interest on invested funds | 1270-000 | 0.08 | | 15,921.49 |
| 3/20/09 | Ref 2,4,5 and 7 | Maybeth K. Bouchard | right, title and interest in miscellaneous non-exempt personal property | 1129-000 | 2,750.00 | | 18,671.49 |
| 3/26/09 | Ref 2,4,5 and 7 | Maybeth K. Bouchard | right, title and interest in miscellaneous non-exempt personal property | 1129-000 | 560.00 | | 19,231.49 |
| 3/31/09 | Ref 11 | Bank of America | interest on invested funds | 1270-000 | 1.04 | | 19,232.53 |
| 4/30/09 | Ref 11 | Bank of America | interest on invested funds | 1270-000 | 1.58 | | 19,234.11 |
| 5/31/09 | Ref 11 | Bank of America | interest on invested funds | 1270-000 | 1.63 | | 19,235.74 |
| 6/30/09 | Ref 11 | Bank of America | interest on invested funds | 1270-000 | 1.59 | | 19,237.33 |
| 7/24/09 | Ref 11 | Bank of America | interest on invested funds | 1270-000 | 1.21 | | 19,238.54 |
| 7/30/09 | Check 1002 | Allan J. DeMars | trustee fees | 2100-000 | | 2,673.57 | 16,564.97 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 7/30/09 | Check 1003 | Allan J. DeMars | reimbursement of expenses | 2200-000 | | 27.36 | 16,537.61 |
| 7/30/09 | Check 1004 | Allan J. DeMars | attorney's fees | 3110-000 | | 3,782.50 | 12,755.11 |
| 7/30/09 | Check 1005 | AMM Ltd./Paul C. Gossett DDS | 726(a)(2); 19.85616% | 7100-000 | | 868.89 | 11,886.22 |
| 7/30/09 | Check 1006 | Tameling & Assoc. | 726(a)(2); 19.85616% | 7100-000 | | 5,718.57 | 6,167.65 |
| 7/30/09 | Check 1007 | Discover Bank | 726(a)(2); 19.85616% | 7100-900 | | 602.32 | 5,565.33 |
| 7/30/09 | Check 1008 | PYOD LLC, assignee of Citibank | 726(a)(2); 19.85616% | 7100-900 | | 2,373.95 | 3,191.38 |
| 7/30/09 | Check 1009 | FIA Card Services/Bank of America | 726(a)(2); 19.85616% | 7100-900 | | 1,190.30 | 2,001.08 |
| 7/30/09 | Check 1010 | United States Dept. of Education | 726(a)(2); 19.85616% | 7100-000 | | 2,001.08 | 0.00 |

```
                                        COLUMN TOTALS    37,488.54    37,488.54         0.00
           Less: Payments to debtor(s)                   18,250.00    18,250.00
                                 Net                     19,238.54    19,238.54         0.00
                                                                         NET
    TOTAL - ALL ACCOUNTS                     NET  DEPOSITS        DISBURSEMENTS      BALANCES
    Checking#
    Money Market # 375 555 2253                 19,238.54          19,238.54          0.00
    Savings #
    CD #CDI
    Net                                         19,238.54          19,238.54          0.00
                                           Excludes account    Excludes payments   Total Funds
                                              transfers           to debtor          on Hand
```